IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 8:18cv 1328 T35 AAS |
|     Plaintiff, ) | |
| v. ) | |
| JOHN GARY GRUBBS, ) | |
|     Defendant. ) | |

**COMPLAINT**

The United States of America brings this civil action to reduce to judgment the unpaid federal income taxes, penalties, and interest owed by John Gary Grubbs for the years 2008 and 2010.

1. This action is brought at the direction of the Attorney General of the United States and at the request and with the authorization of Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of Treasury, under 26 U.S.C. § 7401.

2. This Court has jurisdiction over this action under 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. § 7402(a).

3. Venue is proper in the Middle District of Florida pursuant to 28 U.S.C. §§ 1391(b) and 1396 because Grubbs resides within the jurisdiction of this Court.

4. On or about October 19, 2009, Grubbs filed his 2008 federal income tax return reporting a liability of $2,530,804. Grubbs did not make sufficient estimated payments during the

year or submit full payment with his return. The IRS examined the return and determined that Grubbs owed additional tax in the amounts set out below.

5. For the 2008 tax year, a delegate of the Secretary of the Treasury assessed federal income tax, interest and penalties against Grubbs for the tax year 2008 as follows:

| Type of liability | Amount | Date of assessment |
| --- | --- | --- |
| Income Tax (per return) | $2,530,804.00 | November 23, 2009 |
| Estimated Tax Penalties (§ 6656) | $5,696 | November 23, 2009 |
| Late payment penalties (§ 6651(a)(2)) | $97,762.80 | November 23, 2009 |
| Interest | $60,233.92 | November 23, 2009 |
| Late payment penalties (§ 6651(a)(2)) | $489,233.78 | October 3, 2011 |
| Additional Income Tax (per exam) | $89,507.00 | January 15, 2014 |
| Interest | $379,656.35 | January 15, 2014 |
| Additional Income Tax (per exam) | $31,425.00 | April 11, 2016 |

6. On or about October 17, 2011, Grubbs filed his 2010 federal income tax return reporting a liability of $152,652.00. Grubbs did not make sufficient estimated payments during the year or submit full payment with his return. The IRS examined the return and determined that Grubbs owed additional tax in the amounts set out below.

7. For the 2010 tax year, a delegate of the Secretary of the Treasury assessed federal income tax, interest and penalties against Grubbs as follows:

| Type of liability | Amount | Date of assessment |
| --- | --- | --- |
| Income Tax (per return) | $152,652.00 | November 11, 2011 |
| Late payment penalties (§ 6651(a)(2)) | $6,088.16 | November 11, 2011 |
| Interest | $3,492.01 | November 11, 2011 |
| Additional Income Tax (per exam) | $22,677.00 | January 15, 2014 |
| Interest | $3,065.71 | January 15, 2014 |

8. The penalties described in paragraphs 5 and 7, above, are due to Grubbs' failure to pay estimated taxes (§ 6656), or make timely payments (§ 6651(a)(2)) for the years for which the respective penalties were assessed.

9. A delegate of the Secretary of Treasury, in accordance with the Internal Revenue laws, gave written notices to Grubbs or his designee of the unpaid taxes and other liabilities described above, and made demands for payment.

10. Grubbs has failed to pay the entire amount of the tax liabilities described above.

11. As of May 28, 2018, Grubbs owes a total of $2,191,486.78 for his 2008 and 2010 federal income tax liabilities, plus further interest and statutory additions thereon as allowed by law.

(Continued on following page.)

WHEREFORE the plaintiff, United States of America, respectfully requests that this Court enter judgment in favor of the United States and against defendant John Gary Grubbs for unpaid individual federal income tax liabilities, including interest and penalties, for the years 2008 and 2010 in the amount of $2,191,486.78 as of May 28, 2018, plus interest and other statutory additions accruing thereafter from that date to the date of payment according to law, and grant the United States its costs in this action, and such other and further relief as justice requires.

Dated: June 1, 2018

Respectfully submitted,

Richard E. Zuckerman
Principal Deputy Assistant Attorney General
Tax Division
U.S. Department of Justice

By: /s/
GREGORY L. JONES
Oregon State Bar No. 06580
Trial Attorney
Tax Division
U.S. Department of Justice
Post Office Box 14198
Washington, D.C. 20044
Telephone: (202) 305-3254
Fax: (202) 514-9868
Gregory.L.Jones@usdoj.gov

Of counsel:

Maria Chapa Lopez
United States Attorney
Middle District of Florida

JS 44 (Rev. 06/17) FLSD Revised 06/01/2017

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

## I. (a) PLAINTIFFS
United States of America

## DEFENDANTS
John Gary Grubbs

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Pasco
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Gregory L. Jones, U.S. Dep't of Justice, PO Box 14198, Washington, DC 20044 (202) 305-3254

Attorneys *(If Known)*

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729 (a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  | PROPERTY RIGHTS | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 835 Patent – Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | LABOR | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / PERSONAL PROPERTY / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | SOCIAL SECURITY | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise |  | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
|  |  | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS |  |  | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / Habeas Corpus: |  | FEDERAL TAX SUITS | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee |  | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / Other: |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 530 General | IMMIGRATION |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 535 Death Penalty | ☐ 462 Naturalization Application |  |  |
|  | ☐ 448 Education / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 550 Civil Rights |  |  |  |
|  | ☐ 555 Prison Condition |  |  |  |
|  | ☐ 560 Civil Detainee – Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed (See VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation Transfer
☐ 7 Appeal to District Judge from Magistrate Judgment
☐ 8 Multidistrict Litigation – Direct File
☐ 9 Remanded from Appellate Court

## VI. RELATED/ RE-FILED CASE(S)
*(See instructions):* a) Re-filed Case ☐ YES ☒ NO   b) Related Cases ☐ YES ☒ NO
JUDGE:                          DOCKET NUMBER:

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*:
26 U.S.C. 7402 - Reduce tax assessments to Judgment
LENGTH OF TRIAL via 1 days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 2,191,486.78
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

DATE: 6/1/18

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT #         AMOUNT         IFP         JUDGE         MAG JUDGE